Abran E. Vigil, 7324
Nevada Bar No. 7548
Holly Ann Priest, 13226
Nevada Bar No. 13226
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, NV 89106-4617
Telephone: 702.471.7000
Facsimile: 702.471.7070
vigila@ballardspahr.com
priesth@ballardspahr.com

*Attorneys for Discover Products Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| VANESSA SCHULTZ,<br><br>    Plaintiff,<br><br>v.<br><br>DISCOVERY BANK aka DISCOVER aka DISCOVER CARD,<br><br>    Defendants. | CASE NO. 2:16-cv-00507<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT WITH PREJUDICE**<br><br>ECF No. 5 |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Vanessa Schultz ("Schultz"), through her attorney Haines & Krieger, and Defendant Discover Products Inc.,[1] ("Discover") (collectively referred to as "the Parties") have executed a settlement agreement which fully and finally resolves all claims, disputes, and differences between the Parties. The Parties hereby stipulate and agree that the above-captioned matter should be dismissed with prejudice, with

///

///

///

---

[1] Incorrectly named Discovery Bank dba Discover aka Discover Card.

DMWEST #14488919 v1

121035

each party to bear its own attorneys' fees and costs incurred herein.

| | |
|---|---|
| Dated: June 9, 2016 | Dated: June 9, 2016 |
| HAINES & KRIEGER, LLC | BALLARD SPAHR LLP |
| By: /s/ David Krieger<br>  David H. Krieger, Esq.<br>  Nevada Bar No. 9086<br>  8985 S. Eastern Avenue, Suite 350<br>  Henderson, Nevada 89123 | By: /s/ Holly Ann Priest<br>  Abran E. Vigil<br>  Nevada Bar No. 7548<br>  Holly Ann Priest<br>  Nevada Bar No. 13226<br>  100 N. City Parkway, Ste. 1750<br>  Las Vegas, Nevada 89106 |
| *Attorneys for Plaintiff* | *Attorneys for Discover Products Inc.* |

## ORDER

Based on the parties' stipulation [ECF No. 5] and good cause appearing, IT IS HEREBY ORDERED that all claims are DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to CLOSE THIS CASE.

June 9, 2016

_____
UNITED STATES DISTRICT JUDGE